UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Alexander Welch,                          Civil 07-4609 ADM/FLN

      Plaintiff,

    v.                                                        O R D E R

Officer Adams Perry, Officer
Riley Ravard, and Officer Todd
Coutcher,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated December 13, 2007, all the files

and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's application for leave to proceed *in forma pauperis* [#2] is DENIED;

and

2.  This action is DISMISSED without prejudice.

DATED: January 15, 2008.                    s/Ann D. Montgomery

                                            _____
                                            JUDGE ANN D. MONTGOMERY
                                            United States District Court